## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

JOEL ALEXANDER SALAZAR      )
GUTIERREZ,                  )
                            )
      Petitioner,           )
                            )
v.                          )      Case No. CIV-26-1210-G
                            )
UNITED STATES DISTRICT COURT, )
et al.,                     )
                            )
      Respondents.          )

## ORDER

Petitioner Joel Alexander Salazar Gutierrez, proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition").  Doc. 1.  In their Response to the Petition, Respondents noted an Immigration Judge had ordered Petitioner removed on April 28, 2026, and Petitioner did not timely appeal the removal order.  Doc. 9 at 2.  Petitioner recently filed a Supplement and alleges he filed a motion to file a late appeal to the Immigration Judge's removal order.  Doc. 10.  Finally, the undersigned notes that Petitioner does not appear on ICE's online Detainee Locator.

**Not later than August 5, 2026,** Respondents shall provide an update on Petitioner's current custodial status and respond to his Supplement, Doc. 10, with their position on the impact of Petitioner's alleged appeal on this habeas detention matter.

**IT IS SO ORDERED** this 22nd day of July, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE