**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOEL ALEXANDER SALAZAR GUTIERREZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1210-G** |
| | ) | |
| **TODD BLANCHE, Attorney General, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On May 26, 2026, Petitioner Joel Alexander Salazar Gutierrez filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 28 U.S.C. § 2241. On September 16, 2026, certain Respondents filed a Status Report (Doc. No. 17) stating that Petitioner "was removed from the United States" on September 14, 2026. *Id.* at 1.

As it is apparent from the record that Petitioner is no longer in ICE custody, Petitioner's habeas claims are moot. Dismissal is therefore warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 14th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge